UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC, as conservator of Stacy Jackson,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-CV-01876-JPB |

## AMENDED SCHEDULING ORDER

Upon review of the information contained in the Amended Joint Preliminary Report and Discovery Plan [Doc. 28], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. The deadlines proposed by the parties are approved and fully incorporated herein.  As a result, discovery closes on January 31, 2024.

2. Dispositive motions shall be filed no later than March 1, 2024.

**SO ORDERED** this 2nd day of May, 2023.

J. P. BOULEE
United States District Judge