IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC, as Conservator of Stacy Jackson,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and KENNESTONE HOSPITAL, INC. F/K/A, D/B/A WELSTAR ATLANTA MEDICAL CENTER, INC.,<br><br>Defendants. | Civil Action File No.:<br>1:22-cv-01876-JPB |

**DEFENDANTS' SUPPLEMENT TO MOTION FOR RECONSIDERATION**

COME NOW Defendants and respectfully submit this supplement to their Motion for Reconsideration filed on September 7, 2023. (Doc. 48).

On September 13, 2023, Defendants deposed Mary Simalton, mother of Stacy Jackson. During that deposition, the parties learned—for the first time—of several prior and current treating healthcare providers. Said providers were not previously disclosed in discovery despite various requests seeking their disclosure. More importantly, Defendants do not have complete and certified

1

medical records from any of these newly disclosed providers.[1] At this time, Defendants are aware of the following:

- Dr. Ahmad K. Jingo in Decatur, Georgia for primary and pain management care;
- Neurofit 360 ATL in Alpharetta, Georgia for physical therapy;
- Unidentified neurologist at Emory University Hospital in Atlanta;
- Unidentified Home Health Nurse for home health services eight (8) hours a day/ five (5) days per week; and
- Unidentified speech therapist.

The late disclosure of these key providers prejudices Defendants, as they are currently preparing to depose experts without the benefit of information from the recently-disclosed witnesses. In addition, Defendants do not have the benefit of the medical records related to these providers. Proceeding with expert discovery without the benefit of the testimony of these providers and an understanding of the current medical care and treatment that is being provided to Ms. Jackson is a tremendous waste of time and resources, as experts will surely have to be deposed on numerous occasions. In light of these untimely disclosures, Defendants respectfully request that the Court reconsider its denial of the parties' Joint Motion

---

[1] To date, Plaintiff has supplemented her discovery with printouts of the records she is able to access on her chart at Emory.

to Amend the Preliminary Report and Discovery Plan. The late disclosures provide good cause to extend the discovery deadlines as proposed in the Parties' Joint Motion.

Respectfully submitted this 21st day of September 2023.

RYAN K. BUCHANAN

UNITED STATES ATTORNEY

| | /s/ Holly A. Vance |
|---|---|
| /s/ Sharonda B. Barnes<br>Counsel for Plaintiff<br>Counsel for Defendant Kennestone Hospital, Inc. | Holly A. Vance<br>Assistant U.S. Attorney<br>holly.a.vance@usdoj.gov<br>600 Richard B. Russell Federal Bldg.<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia 30303<br>(404) 581-6000 |
| Prepared by:<br>Holly A. Vance<br>Counsel for Defendant United States Of America | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2023, a true and correct copy of the foregoing **DEFENDANTS' SUPPLEMENT TO MOTION FOR RECONSIDERATION** has been served via the Court's electronic filing system to the following:

Lee Gutschenritter
Ga. Bar No. 831583
FINCH McCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
(404) 658-9070
(404) 688-0649 facsimile
lee@finchmccranie.com

Sharonda B. Barnes
Ga. Bar No. 477026
Brian K. Mathis
Ga. Bar No. 245438
HUFF, POWELL & BAILEY, LLC
999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowerllbailey.com
bmathis@huffpowellbailey.com

/s/ *HOLLY A. VANCE*
HOLLY A. VANCE
*Assistant United States Attorney*